# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SCOTTY WAYNE RIDDLE
ADC #154068                                                                                    PETITIONER

V.                              CASE NO. 5:17-CV-161-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE